1  STEVEN B. WOLFSON
   District Attorney
2  **CIVIL DIVISION**
   State Bar No. 001565
3  By: **ROBERT T. WARHOLA**
   Deputy District Attorney
4  500 South Grand Central Pkwy.
   P. O. Box 552215
5  Las Vegas, Nevada  89155-2215
   (702) 455-4761
6  Fax (702) 382-5178
   Email: Robert.Warhola@clarkcountyda.com
7  Attorneys for Defendants

8              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA

9  DAVID COOPER, ET AL.,                  )
                                          )   Case No: 2:10-CV-0763-KJD- GWF
10                                         )
            Plaintiffs,                    )   **DEFENDANTS' UNOPPOSED**
11                                         )   **MOTION TO EXTEND TIME TO**
                                           )   **FILE REPLY TO OPPOSITION TO**
12     vs.                                 )   **MOTION FOR SUMMARY**
                                           )   **JUDGMENT**
13  CLARK COUNTY NEVADA, ET AL.,           )       **(First Request)**
                                           )
14          Defendants.                    )

15     Defendants, through undersigned counsel, hereby respectfully requests that this Court

16  issue an Order granting an extension of time of seven (7) days, until Wednesday June 25,

17  2014, for Defendants to file their reply to Plaintiffs' Opposition to Motion for Summary

18  Judgment (#90), which is presently due on June 18, 2014.

19                     DATED this __16th__ day of June, 2014.

20                     STEVEN B. WOLFSON
                       DISTRICT ATTORNEY
21

22
                       By:_____
23                          ROBERT T. WARHOLA
24                          Deputy District Attorney
                            State Bar No. 004410
25                          500 South Grand Central Pkwy.
                            Las Vegas, Nevada  89155-2215
26                          Attorneys for Defendants

27

28

1

## POINTS AND AUTHORITIES

2    On April 29, 2014, the Court struck the parties filings relating to Clark County's first

3  Motion for Summary Judgment. (doc # 86).  The Court gave the Defendants until May 14,

4  2014 to file "a single procedurally and substantively correct and complete Motion for

5  Summary Judgment." *Order,* (doc # 86), p. 2:17-18.  The Court gave the Plaintiffs until May

6  28, 2014 to file "a single procedurally and substantively correct and complete response." *Id.,*

7  p. 2:19-20.

8    On May 14, 2014, Clark County filed its revised Motion for Summary Judgment.

9  (doc. #87). On May 28, 2014, the Court granted the Plaintiffs an extension of time to June

10  11, 2014 to file their opposition brief and ordered that Clark County's reply, if any, be filed

11  by June 18, 2014. *Order*, (doc. #89, p. 2:6).

12    The undersigned has good cause for this request for an extension of time.  The

13  undersigned has prior scheduling commitments, namely, hearings before the Clark County

14  Commission and Clark County Planning Commission on the afternoon and evening of

15  Tuesday, June 17, 2014 and all day Wednesday, June 18, 2014.  The undersigned counsel

16  was also out-of-town Father's Day weekend, including all day Friday, June 13, 2014, on a

17  previously scheduled trip.  The prior scheduled commitments interfere with his ability to

18  complete Defendants' reply by the June 18, 2014 deadline.

19    Additionally, Plaintiffs' Opposition (#90) is sixty-three (63) pages in length, that is,

20  more than double the length permitted by Local Rule 7-4, and sixteen (16) pages longer than

21  the opposition Plaintiffs filed in response to Defendants' original motion for summary

22  judgment.  Plaintiffs have attached approximately 1,088 pages of exhibits to their recent

23  Opposition which appears to be substantially longer than the documentation Plaintiffs filed

24  separately in support of their original opposition.  The new material and documents require

25  additional time to review and research in order to provide a response.

26    This request is not made for the purpose of delay or in bad faith or for any other

27  dilatory purpose.

28

1        Pursuant to Federal Rule of Civil Procedure 6(b), an extension of time may be granted

2   on a showing of good cause.  This is Defendants' first request for an extension of time to file

3   their reply to Plaintiffs' revised Opposition to Motion for Summary Judgment.

4        None of the parties will be prejudiced by the granting of this motion.

5        On June 16, 2014, the undersigned contacted counsel for Plaintiffs, Ms. Lisa

6   Rasmussen, who stated that she would not oppose Defendants' request for an extension of

7   time until June 25, 2014.

8        WHEREFORE, it is respectfully requested that this Court grant a seven (7) day

9   extension of time, until Wednesday, June 25, 2014, for Defendants to file their reply to

10  Plaintiffs' revised Opposition to Motion for Summary Judgment.

11

12  DATED this ___16th___ day of June, 2014.

13                STEVEN B. WOLFSON,
                  DISTRICT ATTORNEY

14

15                By:_____

16                ROBERT T. WARHOLA
                  Deputy District Attorney

17                Attorneys for Defendants

18

19                IT IS SO ORDERED:

20

21                _____
                  UNITED STATES DISTRICT JUDGE

22                DATED: June 16, 2014

23

24

25

26

27

28