1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7

8 DAVID COOPER, *et al.*,                                    )
                                                            )
9                     Plaintiffs,                           )    Case No. 2:10-cv-00763-KJD-GWF
                                                            )
10 vs.                                                      )    **ORDER**
                                                            )
11 CLARK COUNTY, NEVADA, *et al.*,                          )
                                                            )
12                     Defendants.                          )
   ─────────────────────────────────────────────            )

13

14           This matter is before the Court on the parties' failure to file a joint pretrial order required by

15 LR 26-1(e)(5).  The Stipulated Discovery Plan and Scheduling Order (#62) filed August 1, 2013,

16 required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than February 26,

17 2014, or 30 days after a decision on the dispositive motions.  A motion for summary judgment

18 (#87) was decided on August 25, 2014, in which case the date for filing the Joint Pretrial Order was

19 suspended until 30 days after the decision.  There are no further dispositive motions pending.  To

20 date, the parties have not complied.  Accordingly,

21           **IT IS ORDERED** that

22                     1.     Counsel for the parties shall file a joint pretrial order which fully complies

23                            with the requirements of LR 16-3 and LR 16-4 no later than **October  20,**

24                            **2014.**  Failure to timely comply will result in the imposition of sanctions up

25                            to and including a recommendation to the District Judge that the complaint

26                            be dismissed for plaintiff's failure to prosecute.  See Fed. R. Civ. P. 41(b).

27 . . .

28 . . .

2.      The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections

thereto shall be included in the pretrial order.

DATED this 8th day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

2