**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID COOPER, *et al.*, | ) |
| Plaintiffs, | )      Case No. 2:10-cv-00763-KJD-GWF |
| vs. | )      **ORDER** |
| CLARK COUNTY, NEVADA, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiffs' Request for One Day Extension of Time to File the Joint Pretrial Order (#120), Defendants' Response to Plaintiffs' Request (#121), and Plaintiffs' Reply (#122). Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiffs' Request for One Day Extension of Time to File the Joint Pretrial Order (#120) is **granted**. The Joint Pretrial Order is due on **October 27, 2014.**

DATED this 21st day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge