UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID COOPER, et al., | |
| Plaintiff, | Case No. 2:10-CV-00763-KJD-GWF |
| v. | |
| CLARK COUNTY, NEVADA, et al., | **ORDER** |
| Defendants. | |

Presently before the Court is Plaintiff's Motion for Two Day Extension of Time to Respond to Motion in Limine and Omnibus Motion in Limine filed by Defendants (#154). Defendants filed a notice of non-opposition in response (#155). Having read and considered the motion and good cause being found, Plaintiff's Motion is **GRANTED**. Plaintiff shall file his oppositions to Defendants' motions in limine, no later than September 30, 2015.

**IT IS SO ORDERED.**

DATED this 29th day of September 2015.

_____
Kent J. Dawson
United States District Judge