# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID COOPER, et al.,

Plaintiffs,

v.

CLARK COUNTY, NEVADA, et al.,

Defendants.

Case No. 2:10-CV-00763-KJD-GWF

**ORDER**

Presently before the Court is the parties' Joint Motion to Continue Trial and Issue Briefing Schedule (#163).

Having read and considered the present Motion, and finding good cause, IT IS HEREBY ORDERED that parties' Motion to Continue Trial (#163/164) is **GRANTED**;

IT IS FURTHER ORDERED that the Calendar Call currently scheduled for October 13, 2015 at the hour of 9:00 a.m. be vacated and continued to January 19, 2016 at 9:00 a.m., Courtroom 4A; Trial continued to January 25, 2016 at 9:00 a.m., Courtroom 4A; Briefing schedule is set as follows:

10/20/15 Plaintiffs' Request for Clarification and/or Reconsideration of Orders #161 & #162

11/20/15 Defendants' Response to Request for Clarification/Reconsideration

11/20/15 Defendants' Renewed Request for Dispositive Relief (if separate from above)

1. 12/15/15 Plaintiffs' Reply to Request for Clarification
2. 12/15/15 Plaintiff's Response to Renewed Request for Dispositive Relief (if needed)
3. 01/8/16 Defendants' Reply (if needed)

Accordingly, no further continuances to trial and briefing schedule will be granted or considered.

**IT IS SO ORDERED.**

DATED this 9th day of October 2015.

Kent J. Dawson
United States District Judge