# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID COOPER, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:10-cv-00763-KJD-GWF |
| vs. | ) **ORDER** |
| CLARK COUNTY, NEVADA, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Substitute Bankruptcy Trustee Yvette Weinstein in Place of Plaintiff David Cooper (#170), filed on December 21, 2015. To date, no party has filed a response to this motion and the time for opposition has now expired.

Plaintiff requests that Yvette Weinstein, the Trustee in Plaintiff's Chapter 7 bankruptcy case, be substituted as the proper plaintiff in lieu of David Cooper. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Substitute Bankruptcy Trustee Yvette Weinstein in Place of Plaintiff David Cooper (#170) is **granted**. Yvette Weinstein, the Trustee in Plaintiff's Chapter 7 bankruptcy case, shall be substituted as the proper plaintiff in lieu of David Cooper.

DATED this 8th day of January, 2016.

GEORGE FOLEY, JR.
United States Magistrate Judge